FILED
2009 SEP 10 AM 2:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa McConnell, Inc.,<br><br>                      Plaintiff,<br>vs.<br>Idearc, Inc., et al.,<br><br>                      Defendant. | CASE NO. 09-CV-0061-IEG (AJB)<br><br>ORDER STAYING THE CASE |

      Before the Court is Idearc Defendants' Notification of Bankruptcy filed on September 2, 2009. [Doc. No. 2]. Seeing as Idearc Defendants have filed for protection in bankruptcy under Chapter 11, Title 11 of the United States Code, any further proceedings in this case against the Idearc Defendants are automatically **STAYED**. See 11 U.S.C. § 362(a). However, the Idearc Defendants are reminded that they shall notify the Court immediately if the proceedings before the bankruptcy court are terminated. See 11 U.S.C. § 362(c)(2).

      **IT IS SO ORDERED.**

Dated: 9/10/09

IRMA E. GONZALEZ, Chief Judge
United States District Court

- 1 -                           09cv61-IEG (AJB)